# Third District Court of Appeal

## State of Florida

Opinion filed September 14, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-0843
Lower Tribunal No. 21-3438

————————

## Yachtbrasil Motor Boat and Charters, LLC, etc., et al.,
Appellants,

vs.

## CNP XII Ventures LLC,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Charles Johnson, Judge.

McCarthy & Yersel, PLLC, and Martin G. McCarthy and Emre Yersel, for appellants.

CRL Law Group, and Frank P. Cuneo and Jessica B. Reyes, for appellee.

Before SCALES, GORDO and BOKOR, JJ.

### ON MOTION TO DISMISS

PER CURIAM.

Upon consideration, we grant the motion to dismiss as the appeal impermissibly seeks review of a non-final order. Libman v. Fla. Wellness & Rehab. Ctr., Inc., 260 So. 3d 515, 518 (Fla. 3d DCA 2018) ("It is well-established that '[p]iecemeal appeals will not be permitted where claims are interrelated and involve the same transaction and the same parties remain in the suit.'") (quoting S.L.T. Warehouse Co. v. Webb, 304 So. 2d 97, 99 (Fla. 1974)).

Motion granted; appeal dismissed.